UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN DERRICK, Individually and for Others Similarly Situated, <br><br> v. <br><br> CENERGY INTERNATIONAL SERVICES, LLC & SHELL OIL COMPANY, | Case No. 4:16-Cv-1352 <br><br> Collective Action <br><br> Jury Trial Demanded |

# COMPLAINT

## SUMMARY

1. Cenergy International Services LLC failed to pay certain workers that it staffed out to Shell Oil Company on a salary basis.

2. Cenergy and Shell suffered or permitted these workers to work more than 40 hours in a week, but did not pay them overtime.

3. Defendants' failure to pay overtime to these non-salaried employees violates the Fair Labor Standards Act (FLSA). 29 U.S.C. § 207(a).

4. This collective action seeks to recover the unpaid overtime wages and other damages owed to these workers.

## JURISDICTION & VENUE

5. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 (b) & (c) because Defendants reside in this District, and a substantial part of the events alleged herein occurred in this District.

1

## PARTIES

7. Derrick worked for Defendants as an "HSE Tech."

8. Defendants employed Derrick from approximately March 2011 to February 2016.

9. Cenergy did not pay Derrick on a salary basis.

10. Although it controlled his pay in large part, Shell did not pay Derrick on salary basis.

11. Derrick's written consent to this action is attached.

12. Derrick brings this action on behalf of himself and all other similarly situated workers who: (1) were not paid on a salary basis; and (2) did not receive overtime for hours worked in excess of 40 in a week (the "Non-Salaried Workers").

13. Cenergy is a Delaware limited liability company.

14. Cenergy's agent for service of process is June R. Coldren, 1221 Lamar Street, Suite 1110, Houston, Tx 77010.

15. Shell is part of a massive enterprise consisting of more than one entity. Shell's agent for service of process is CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201.

## FACTS

16. Cenergy is a staffing company.

17. Cenergy provides the energy industry with specialized energy personnel, safety solutions, inspection solutions, logistics optimization and vendor management.[1]

---

[1] http://www.cenergyintl.com/

18. Cenergy's employees routinely handle goods or materials – such as hard hats, tools, steel toe shoes, automobiles, and cell phones - that have moved in, or were produced for, interstate commerce.

19. Cenergy's annual gross revenues are in the millions.

20. Cenergy is headquartered in Houston, Texas.

21. Cenergy provides personnel – including Derrick - to Shell.

22. Shell is the United States-based subsidiary of Royal Dutch Shell, a multinational major oil company.

23. Employing tens of thousands of workers in the United States, Shell is part of one of the largest oil companies in the world.

24. Shell's employees routinely handle goods or materials – such as hard hats, tools, steel toe shoes, automobiles, and cell phones - that have moved in, or were produced for, interstate commerce.

25. Shell's annual gross revenues are in the billions.

26. Shell is headquartered in Houston, Texas.

27. Shell is one of America's largest oil and natural gas producers.

28. In order to perform its production operations, Shell employs (among others) workers provided by Cenergy.

29. Over the past three years, Shell and Cenergy have employed dozens of Non-Salaried Workers – including Derrick – to work on Shell's worksites.

30. Cenergy admits the Non-Salaried Workers are its "employees."

31. Cenergy withholds taxes from their pay.

32. Cenergy admits Derrick was its employee.

33. Cenergy withheld taxes from Derrick's pay.

34. Shell classified the Non-Salaried Workers as "independent contractors" or "consultants."

35. Shell classified Derrick as an "independent contractor" or "consultant."

36. All of the Non-Salaried Workers that Cenergy staffs out to Shell work under Shell's day to day direction during their work time.

37. Neither Derrick nor the other workers like him advertise their services in the way that a "stand alone" business would.

38. Derrick and the other workers like him find their employment within the businesses of Shell.

39. Derrick and the Non-Salaried Workers employed at Shell are economically dependent on Shell within the meaning of the FLSA.

40. Shell controlled meaningful aspects of the Non-Salaried Workers' employment relationship.

41. Shell supervised the Non-Salaried Workers (including Derrick) through its admitted employees.

42. Shell subjected the Non-Salaried Workers (including Derrick) to additional control through its policies and procedures.

43. The Non-Salaried Workers (including Derrick) are/were required to comply with all "applicable codes and standards … adopted by" Shell.

44. Shell required the Non-Salaried Workers (including Derrick) to complete daily reports of their work.

45. Like other Shell employees, the Non-Salaried Workers (including Derrick) submit these reports through Shell's computer system.

46. Shell set the Non-Salaried Workers' schedules.

47. Shell required the Non-Salaried Workers to attend meetings, follow directions, and abide by procedures in the same manner as its "admitted" employees.

48. Cenergy presented the Non-Salaried Workers with non-negotiable rates of pay.

49. Shell largely determined the Non-Salaried Workers' rates of pay offered to the Non-Salaried Workers.

50. Shell has to approve any changes to the Non-Salaried Workers' compensation.

51. Shell paid many Non-Salaried Workers (including Derrick) bonuses for longevity and/or performance.

52. With minor exceptions, Shell owned and/or provided all of the equipment the Non-Salaried Workers needed to perform their work.

53. Shell invested hundreds of thousands of dollars, at a minimum, in the projects that Non-Salaried Workers worked on.

54. The Non-Salaried Workers provided primarily their labor.

55. Shell owned, or controlled, the premises on which the Non-Salaried Workers performed their work.

56. For example, Derrick spent years working on Shell's platforms.

57. Derrick typically worked 12 or more hours per day, for weeks on end.

58. Cenergy knows Derrick, and the other Non-Salaried Workers, work more than 40 hours in a week.

59. Shell's records reflect the fact Derrick, and the other Non-Salaried Workers, work more than 40 hours in a week.

60. Shell schedules these workers for 12+ hours a day, for as many as 7 days a week.

61. Cenergy has been aware of the FLSA's requirements for more than 3 years.

62. Shell has been aware of the FLSA's requirements for decades.

63. Cenergy and Shell knew the Non-Salaried Workers are not exempt from the FLSA's overtime provisions.

64. Nonetheless, Cenergy failed to pay Derrick and the other Non-Salaried Workers overtime for hours worked in excess of 40 in a workweek.

65. Although Shell had the ability to ensure Derrick and the other Non-Salaried Workers received overtime, it permitted Cenergy to deny these workers overtime.

### COLLECTIVE ALLEGATIONS & CAUSE OF ACTION

66. Cenergy's failure to pay the Non-Salaried Workers overtime violates the FLSA.

67. Because Shell also employed, or jointly employed, the Non-Salaried Workers, it is also liable for the violations of the FLSA.

68. Because the policy imposed on the Non-Salaried Workers also violates the wage and hour laws of several states, Derrick may seek leave to add additional plaintiffs/claims as appropriate.

69. While the Non-Salaried Workers' job duties may vary somewhat, these differences are not relevant for determining their rights to overtime pay.

70. The Non-Salaried Workers are non-exempt employees.

71. Cenergy's pay policy affects all the Non-Salaried Workers in a similar manner.

72. Derrick and the other Non-Salaried Workers are similarly situated for the purposes of their overtime claims.

73. The collective action class is therefore properly defined as:

**All Non-Salaried Workers staffed by Cenergy to Shell in the past 3 years.**

74. Cenergy and Shell owe Derrick and the other Non-Salaried Workers the difference between the rate actually paid and the proper overtime rate.

75. Because Defendants knew, or showed reckless disregard for whether, their pay practices violated the FLSA, Defendants owe these wages for at least the past three years.

76. Defendants also owe Derrick and the other Non-Salaried Workers an amount equal to the unpaid overtime wages as liquidated damages.

77. Derrick and the other Non-Salaried Workers are entitled to recover all reasonable attorneys' fees, costs, and expenses incurred in this action.

## JURY DEMAND

78. Derrick demands a trial by jury.

## PRAYER

Wherefore, Derrick prays for relief as follows:

1. An order allowing this action to proceed as a representative collective action under the FLSA;

2. Judgment awarding Derrick and the other Non-Salaried Workers all unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and expenses under the FLSA;

3. Pre- and post-judgment interest at the highest rate allowable by law; and

4. All such other and further relief to which Derrick and the other Non-Salaried Workers may show themselves to be justly entitled.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: /s/ Rex Burch
Richard J. (Rex) Burch
Texas Bar No. 24001807
*Attorney-In-Charge for Plaintiffs*
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

**AND**

Michael A. Josephson
State Bar No. 24014780
**FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com

DocuSign Envelope ID: 6F5D8BBB-C01D-4CFB-9323-2D9DF02520D2

## CONSENT TO JOIN WAGE CLAIM

Print Name: _Steven Derrick_____

1. I hereby consent to participate in a collective action lawsuit against **Cenergy International Services** (and its related entities) to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at BRUCKNER BURCH PLLC as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at BRUCKNER BURCH PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: _[DocuSigned by: Steven Derrick / F7D1D3D0542A48D...]_     Date Signed: _4/28/2016_